IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTOS DAVID HERCULES, OLBIN PINEDA, Plaintiffs, v. BISTRO CACAO, INC., KEMAL DEGER, HARUN BOLUKBASI, YAVUZ BOLUKBASI, Defendants. | Case No. 1:15-cv-00982-ESH |

## ORDER

Pending before the Court is the Parties' Joint Motion to Approve FLSA/DC Wage and Hours Laws Settlement and Statement of Points and Authorities ("Joint Motion"). This case involves claims under the Fair Labor Standards Act ("FLSA"), the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code § 32-1001 *et seq.*, and the D.C. Wage Payment and Collection Law, D.C. code § 32-1301 *et seq.* When parties settle actions that would result in the dismissal of FLSA claims, settlement agreements must first be approved as fair and reasonable by the reviewing court and the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Taylor v. Progress Energy, Inc.*, 415 F.3d 364, 374 (4th Cir. 2005). After careful consideration and review of the Joint Motion and the Settlement Agreement and Release filed therewith, it is hereby:

ORDERED, that the Settlement Agreement and Release is APPROVED as a fair and reasonable resolution of the parties' bona fide dispute under the FLSA and District of Columbia Wage and Hour laws, reached at arm's length by experienced and competent counsel representing the parties; and

1

ORDERED, that the Parties' Joint Motion is GRANTED; and

ORDERED, that the Court retains jurisdiction until all payments due under the Settlement Agreement and Release are paid and processed, and the parties so notify the Court; and further

ORDERED, that Defendants Bistro Cacao, Inc., Kemal Deger, Harun Bolukbasi, and Yavuz Bolukbasi will be DISMISSED from this action, with prejudice, when counsel for the parties inform the Court that all payments due under their Settlement Agreement and Release have been paid and processed.

Dated: 11/4/15

HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE