IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTOS DAVID HERCULES *et al*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BISTRO CACAO, INC. *et al*,<br><br>    Defendants. | Case No. 1:15-cv-00982-ESH |

**NOTICE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

Plaintiffs Santos David Hercules and Olbin Pineda hereby dismiss all claims against all Defendants with prejudice.

Respectfully submitted,

Dated: April 20, 2016

/s/ Dennis A. Corkery_____
Dennis A. Corkery (D.C. Bar No. 1016991)
Matthew K. Handley (D.C. Bar No. 89946)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
11 Dupont Circle, Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Fax: (202) 319-1010
Email: Dennis_Corkery@washlaw.org
         Matthew_Handley@washlaw.org

Matthew B. Kaplan (D.C. Bar No. 484760)
THE KAPLAN LAW FIRM
509 N Jefferson St
Arlington, VA 22205
Phone (703) 665-9529
Fax: (888) 958-1366
Email: mbkaplan@thekaplanlawfirm.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2016, a copy of the foregoing Notice of Dismissal With Prejudice was served by the CM/ECF system upon all counsel of record.

          */s/ Dennis A. Corkery*
          Dennis A. Corkery